IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PRESIDENTIAL HOSPITALITY, LLC, a
New Mexico limited liability company; ACE
DEVELOPMENT, INC.; a New Mexico
corporation; and SAM BLUE, an individual;

Civ. No. 1:17-cv-00981 JB/JHR

Plaintiffs,

vs.

WYNDHAM HOTEL GROUP, LLC, a New
Jersey limited liability company; BAYMONT
INN AND SUITES FRANCHISE SYSTEMS,
INC., a Delaware Corporation; and
MICROTEL INNS AND SUITES
FRANCHISING, INC., a Georgia
Corporation;

Defendants.

## JOINT MOTION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiffs and Defendants and hereby jointly move the Court for an order dismissing with prejudice Plaintiffs' claims in this action.

As grounds for this joint motion, the parties state that they have resolved all of Plaintiffs' claims that were or could have been brought against Defendants in this action. Each party agrees to bear their own costs and attorney fees incurred in the action.

**WHEREFORE**, the Plaintiffs and Defendants respectfully request that the Court enter the stipulated order of dismissal with prejudice that accompanies this joint motion.

| | |
|---|---|
| Respectfully submitted by:<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP | Approved by:<br>MODRALL, SPERLING, ROEHL, HARRIS & SISK, P.A. |
| */s/ Bobbie J. Collins*<br>Bobbie J. Collins<br>201 Third St. NM<br>Suite 1950<br>Albuquerque, NM 87102<br>Phone: (505) 764-5416 | */s/ Elizabeth A. Martinez*<br>R.E. Thompson<br>Elizabeth A. Martinez<br>P.O. Box 2168<br>Albuquerque, NM 87102<br>Phone: (505) 848-1800 |
| -and- | -and- |
| ANOVVEN LAW, LLC | DLA PIPER LLP (US) |
| E. Martín Enriquez, *pro hac vice*<br>7350 East Progress Place<br>Suite 100<br>Greenwood Village, CO 80111<br>Phone: (303) 881.7906 | David S. Sager<br>Steve R. Marino<br>51 John F. Kennedy Parkway,<br>Suite 120<br>Short Hills, NJ 07078-2704<br>Phone: (973) 520-2550 |
| *Attorneys for Plaintiffs.* | *Attorneys for Defendants.* |

105832374_1

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing, which caused counsel of record to be electronically served.


*/s/Bobbie J. Collins*             Bobbie J. Collins