IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PRESIDENTIAL HOSPITALITY, LLC, a
New Mexico limited liability company;
ACE DEVELOPMENT, INC., a New
Mexico corporation, and SAM BLUE, an
individual;

    Plaintiffs,

vs.                                                   No. CIV 17-0981 JB\JHR

WYNDHAM HOTEL GROUP, LLC, a
New Jersey limited liability company;
BAYMONT INN AND SUITES
FRANCHISE SYSTEMS, INC., a
Delaware Corporation, and MICROTEL
INNS AND SUITES FRANCHISING,
INC., a Georgia Corporation;

    Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Stipulated Order of Dismissal with Prejudice, filed September 24, 2018 (Doc. 41)("Stipulated Order"). In the Stipulated Order, Plaintiffs Presidential Hospitality, LLC; Ace Development, Inc.; and Sam Blue and Defendants Wyndham Hotel Group, LLC; Baymont Inn and Suites Franchise Systems, Inc.; and Microtel Inns and Suites Franchising, Inc. stipulate to this case's dismissal with prejudice, including "all claims alleged or that could have been alleged by Plaintiffs against Defendants in this action." Stipulated Order at 1. The Plaintiffs and the Defendants agree that they shall each bear their own costs and fees. See Stipulated Order at 1. With no more claims, parties, or issues before it, the Court now enters Final Judgment.

**IT IS ORDERED** that: (i) Plaintiffs Presidential Hospitality LLC, Ace Development, Inc., and Sam Blue's claims are dismissed with prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Bobbie Jo Collins
Lewis Roca Rothgerber Christie LLP
Albuquerque, New Mexico

--and--

E. Martin Enriquez
Anovven Law
Greenwood Village, Colorado

    *Attorneys for the Plaintiffs*

David S. Sager
Steven R. Marino
DLA Piper
Short Hills, New Jersey

--and--

Rufus E. Thompson
Elizabeth Ann Martinez
Modrall Sperling
Albuquerque, New Mexico

    *Attorneys for the Defendants*